UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WILLIAM EVENS and
BEDIE A. EVENS,

                                        Plaintiffs,                **ORDER**

             v.                                            **04-CV-918A(F)**

DOREL JUVENILE GROUP, INC.,

                                        Defendant.
_____

      Pursuant to order of the Hon. Richard J. Arcara, the above referenced matter has

been referred to the undersigned for all pretrial procedures and Defendant, having moved

pursuant to Local Rule 83.1(i) to admit Matthew Jardine, Esq., *pro hac vice,* it is hereby

ORDERED that

      Matthew Jardine shall be admitted *pro hac vice* upon the payment of $75.00 to the

Clerk of the Court for the Western District of New York.

SO ORDERED.

                                        /s/ *Leslie G. Foschio*
                              _____
                                   LESLIE G. FOSCHIO
                              UNITED STATES MAGISTRATE JUDGE


Dated:        June 17, 2005
              Buffalo, New York